CLERK'S OFFICE U.S. DIST. **COURT**
AT DANVILLE, VA
FILED

*for Roanoke*

APR 3 0 2012

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| KEITH R. ROBINSON, | ) | Civil Action No. 7:11-cv-00303 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| INVESTIGATOR WILLIAMS, | ) | By:  **Hon. Jackson L. Kiser** |
|     Defendant. | ) |        **Senior United States District Judge** |

In accordance with the written Memorandum Opinion entered this day, it is hereby

## ORDERED

that defendant's motion for summary judgment is **GRANTED** and the action is **STRICKEN**

from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to plaintiff and counsel of record for defendant.

ENTER: This 30th day of April, 2012.

_____
Senior United States District Judge