
CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
APR 30 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KEITH R. ROBINSON,<br>    Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:11-cv-00303 |
| v. | ) <br> ) | **ORDER** |
| INVESTIGATOR WILLIAMS,<br>    Defendant. | ) <br> ) <br> ) | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that defendant's motion for summary judgment is **GRANTED** and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for defendant.

**ENTER**: This 30th day of April, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge